IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-01545-MSK

MARK B. HAGELIN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

# FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order filed on September 30, 2013, (**Doc. #22**), it is

ORDERED that:

The Commissioner of Social Security's decision is REVERSED and the case is remanded.

It is further

ORDERED that plaintiff is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

The case is closed.

Dated this 30th day September, 2013.

                    ENTERED FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK


                    s/Nel Steffens
                    Deputy Clerk